An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID BOURNE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
  and
THE CITY OF LAS VEGAS,
Real Party in Interest.

No. 65790

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of certiorari, prohibition, or mandamus challenges an order of the district court affirming petitioner's judgment conviction. Petitioner argues that the district court failed to properly review his claim that "[t]he State failed to present sufficient evidence such that any reasonable trier of fact could have found [him] guilty beyond a reasonable doubt of obstructing a public officer." The district courts have final appellate jurisdiction in cases arising in municipal court, Nev. Const. art. 6, § 6; *City of Las Vegas v. Carver*, 92 Nev. 198, 198, 547 P.2d 688, 688 (1976), and therefore we will only entertain writ petitions to review an appellate decision of the district court under very limited circumstances, *see State v. Eighth Judicial Dist. Court (Hedland)*, 116 Nev. 127, 134, 994 P.2d 692, 696-97 (2000). Petitioner did not provide a transcript of the district court's hearing on his appeal, *see* NRAP 21(a)(4); NRAP 30(b)(1), and he has not demonstrated circumstances warranting our review of the district court's appellate

14-23815

decision, *see Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Pickering

_____ J.
Parraguirre

_____ , J.
Saitta

cc:     Hon. Rob Bare, District Judge
        Mueller Hinds & Associates
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk